UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MOMMY MANAGEMENT CORP.,

                              Plaintiff,

        - against -

SHINESTAR SEA-TRANSPORT PTE.
LTD. aka. SHINE STAR
SEA-TRANSPORT
PTE. LTD.,
                              Defendant.
-----------------------------------------------------------X

```
┌─────────────────────────────┐
│ USDS SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #: _____             │
│ DATE FILED: 9/16/08          │
└─────────────────────────────┘
```

07 CV 6158 (NRB)
ECF CASE

### ORDER OF PARTIAL DEFAULT JUDGMENT

Pending is the Plaintiff MOMMY MANAGEMENT CORP.'S motion for partial default judgment against the Defendant, SHINESTAR SEA-TRANSPORT PTE. PTD a.k.a. SHINE STAR SEA-TRANSPORT PTE. LTD. The Court finds that the Defendant was properly served, but has failed to appear and defend in this action. The Court concludes that the Plaintiff has provided a sufficient basis for the relief it has requested: Partial Default in the sum of $35,000 and, following issuance of same and receipts of the $35,000 in attached funds by the Plaintiff, and a dismissal of this action on a **without** prejudice basis.

No hearing or investigation is necessary to determine the amount of damages or establish the truth of any averment by evidence, or for any other purpose.

**SO ORDERED.**

Dated: September 15, 2008
        New York, NY.

Naomi Reice Buchwald
United States District Judge